**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted January 17, 2006
Decided March 22, 2006

Before

**Hon.** WILLIAM J. BAUER, Circuit Judge

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** ILANA DIAMOND ROVNER, Circuit Judge

| | |
|---|---|
| MARK WILSON,<br>    *Plaintiff-Appellant*,<br><br>**No.** 05-3854          **v.**<br><br>MCRAE'S, INCORPORATED, doing business<br>as Carson Pirie Scott & Company,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 05 C 2125<br>Blanche M. Manning,<br>*Judge*. |

**Order**

    The judgment of the district court is vacated, and the case is remanded for further proceedings in light of *Meridian Security Insurance Co. v. Sadowski*, No. 05-2855 (Mar. 22, 2006).